UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

_____**3rd**_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Robert A. Chang**     JOINT DEBTOR: **Nelida M. Chang**   CASE NO.: **17-10300-JKO**
Last Four Digits of SS# **8585**     Last Four Digits of SS# **7055**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ **1,965.30** for months **1** to **60** ; in order to pay the following creditors:

| | | |
|---|---|---|
| Administrative: | Attorney Fee | $3,500.00 |
| | Motion to Value | $   525.00 |
| | Total Fees | $4,025.00 |
| | Amount Paid | $2,000.00 |
| | Balance Due | **$2,025.00** payable $ **405.00** /month (Months **1** to **5** ) |

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  **Wells Fargo Home Mortgage**            Arrearage on Petition Date: $ **25,953.01**
    **8480 Stagecoach Circle**               Arrears Payment: $ **316.67** /month (Months **1** to **5** )
    **Frederick, MD 21701**                  Arrears Payment: $ **443.09** /month (Months **6** to **60** )
    **Acct #6077**                           Regular Payment: $ **915.09** /month (Months **1** to **60** )
    **Proof of Claim #1**

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Capital One Auto Finance** **3901 Dallas Parkway** **Plano, TX 75093** **Acct #6718** **Proof of Claim #2** | **2011 Chevrolet Cruze** Value: $5,750.00 Debt: $10,782.80 | 5.25% | $149.87 $209.71 | 1 to 5 6 to 60 | $12,283.20 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. **None**

Unsecured Creditors: Pay $ **218.75** /month (Months **6** to **60** )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. **The co-owner on the mortgage held by Seterus, Inc., located at 3403 Avenue D, Unit D, Brooklyn, New York 11203, will continue to pay the mortgage, outside of the plan.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 **/s/ Christian A. McCue, Esq.**
**For: Robert & Nelida Chang, Debtors.**
**Date: June 28, 2017**